# Order

**Michigan Supreme Court**
**Lansing, Michigan**

April 1, 2014

148127

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

WILLIAM KARWACKI and KATHRYN
KARWACKI,
       Plaintiffs-Appellants,

v

       SC: 148127
       COA: 308772
       Ct of Claims: 10-000020-MD

DEPARTMENT OF TRANSPORTATION,
       Defendant-Appellee.

_____/

       On order of the Court, the application for leave to appeal the August 29, 2013 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.

       CAVANAGH, J., would grant leave to appeal.



       I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

April 1, 2014



t0325

Clerk